The following constitutes
the order of the court. Signed January 13, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re Benita Yvette Downs,  )
                             )   Case No. 08-46475
                             )   Chapter 13
         Debtor.             )
_____)

<u>MEMORANDUM GRANTING MOTION FOR RELIEF FROM STAY</u>

This matter came on for hearing on July 20, 2011 at 10:30 a.m. on the Motion of Durant Square Owners Association ("Durant') for Relief from Stay. Durant appeared through Grace Feldman of the Law Offices of Austin Nagel. There was no appearance by the Debtor. At the conclusion of the hearing, the Court took the matter under submission to review the Bankruptcy Appellate Panel's decision in <u>Foster v. Double R Ranch Ass'n (In re Foster)</u>, 435 B.R. 650 (B.A.P 9th Cir. 2010), which Durant did not cite in its moving papers, but which Durant argued supported the Motion.

Having reviewed and considered the matter, the Court has determined to grant the Motion. Durant shall submit an appropriate form of Order Granting Motion.

**END OF DOCUMENT**

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | Benita Yvette Downs<br>10812 Rugby Ct.<br>Oakland, CA 94603 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |